

**FILED**

SEP 24 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Nina Watts, on behalf of herself individually and all others similarly situated, Pro Se<br><br>Plaintiff,<br><br>v.<br><br>Blackstone Real Estate Income Trust, Inc (BREIT), and Pathlight Property Management,<br><br>Defendants. | Court File No.: 1:24-cv-4559<br><br>The Honorable Sara L. Ellis<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES, Plaintiff Nina Watts, pro se, who, pursuant to Federal Rule of Civil Procedure 41(a), hereby dismisses the above captioned matter **WITH PREJUDICE** as to all claims and defendants.

/s/ Nina Watts